**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL JENKINS, | Case No.: 2:21-cv-00204-APG-NJK |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| OFFICE DEPOT, LLC, | |
| Defendant | |

In light of defendant Office Depot, Inc.'s response to the order to show cause (ECF No. 5),

I ORDER that the order to show cause (ECF No. 4) is satisfied and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 16th day of February, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE