# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JENKINS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>OFFICE DEPOT, INC.,<br><br>　　　　Defendant. | Case No.: 2:21-cv-00204-APG-NJK<br><br>**ORDER** |

　　　　On January 11, 2021, Defendant Office Depot, Inc. filed an answer in state court. *See* Docket No. 1-7. To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than March 8, 2021.

　　　　IT IS SO ORDERED.

　　　　Dated: March 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1