# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JENKINS,<br>　　　Plaintiff,<br>v.<br>OFFICE DEPOT, INC.,<br>　　　Defendant. | Case No. 2:21-cv-00204-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 9] |

Pending before the Court is the parties' proposed discovery plan. Docket No. 9. The presumptively reasonable discovery period is 180 days calculated from a defendant's first answer or appearance. Local Rule 26-1(b)(1).

On January 11, 2021, Defendant filed an answer in state court. *See* Docket No. 1-7. The parties propose deadlines based on a discovery cutoff of September 3, 2021, 235 days after Defendant filed its answer in state court. Docket No. 9 at 2. However, the parties have neither requested nor justified special scheduling. *See* Local Rule 26-1(a). Further, the instant joint proposed discovery plan fails to include all information required under Local Rule 26-1(b).

Accordingly, the parties' proposed discovery plan, Docket No. 9, is hereby **DENIED** without prejudice. No later than March 12, 2021, the parties must file a joint proposed discovery plan that fully complies with the Court's Local Rules.

IT IS SO ORDERED.

Dated: March 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge