# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JENKINS,<br>    Plaintiff,<br>v.<br>OFFICE DEPOT, INC.,<br>    Defendant. | Case No. 2:21-cv-00204-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 11] |

Pending before the Court is the parties' second proposed discovery plan. Docket No. 11. The presumptively reasonable discovery period is 180 days calculated from a defendant's first answer or appearance. *See* Local Rule 26-1(b)(1).

On January 11, 2021, Defendant filed an answer in state court. *See* Docket No. 1-7. On March 8, 2021, the parties filed a proposed discovery plan requesting a 235-day discovery period. Docket No. 9 at 2. The Court denied the parties' first proposed discovery plan without prejudice because the parties had failed to request or justify special scheduling and include all information required under Local Rule 26-1(b). Docket No. 10. On March 12, 2021, the parties filed the instant proposed discovery plan. Docket No. 11.

The parties again fail to include all information required under Local Rule 26-1(b). *See id*. Further, the instant joint proposed discovery plan requests special scheduling and a discovery period of nine months, but includes deadlines calculated according to the presumptively reasonable discovery period of 180 days. *See id*. at 1, 2.

Accordingly, the parties' second proposed discovery plan, Docket No. 11, is hereby **DENIED** without prejudice. No later than March 18, 2021, the parties must file a joint proposed discovery plan that fully complies with the Court's Local Rules. To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable

1

deadlines should not apply, based on the particular circumstances of this case, and why the dates requested are reasonable. Otherwise, the parties must include the default deadlines, properly measured from January 11, 2021. *See* Local Rule 26-1(b)(1).

IT IS SO ORDERED.

Dated: March 15, 2021

_____
Nancy J. Koppe
United States Magistrate Judge