Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
Attorneys for Defendant
Office Depot, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL JENKINS, an individual, | Case No. 2:21-cv-00204-APG-NJK |
| Plaintiff, | |
| vs. | |
| OFFICE DEPOT, LLC, a foreign Limited-Liability Company; DOES I through X; DOE EMPLOYEES I through X; DOE STORE MANAGERS I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO REMAND

Plaintiff Samuel Jenkins, by and through his counsel of record, the ERIC ROY LAW FIRM, and Defendant Office Depot, LLC, by and through its counsel of record, the law firm of BACKUS, CARRANZA & BURDEN, hereby stipulate and agree to remand this case back to the

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | Eighth Judicial District Court, Clark County, Nevada.

2 |     IT IS SO STIPULATED.

3 | DATED: this 15th day of June, 2021.          DATED: this 15th day of June, 2021.

4 | **ERIC ROY LAW FIRM**                         **BACKUS, CARRANZA & BURDEN**

5 | By: */s/ J. Taylor Oblad*                     */s/ Jacquelyn Franco*
Eric Roy, Esq.                                    Jack P. Burden, Esq.
6 | Nevada Bar No. 11869                          Nevada State Bar No. 6918
J. Taylor Oblad, Esq.                             Jacquelyn Franco, Esq.
7 | Nevada Bar No. 11430                          Nevada State Bar No. 13484
703 South Eighth Street                           3050 South Durango Drive
8 | Las Vegas, NV 89101                           Las Vegas, NV 89117
*Attorneys for Plaintiff*                         *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED** that this case shall be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

Dated: June 16, 2021

_____
UNITED STATES DISTRICT JUDGE